There are no Nebraska Court of Appeals opinions for the week of September 18, 2018.